Shanan L. Hewitt (SBN 200168)
Jill B. Nathan (SBN 186136)
**RIVERA HEWITT PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: shewitt@rhplawyers.com
E: jnathan@rhplawyers.com

Attorneys for Defendants COUNTY OF SACRAMENTO, DEPUTY HOPECK, DEPUTY SALTO, DEPUTY DE LA ROSA (sued as PETERSON), DEPUTY SANCHEZ, DEPUTY RIVERA, SERGEANT MACIEL, and SERGEANT CARAMELLO

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01867-DJC-AC<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER AND ORDER**<br><br>Action filed: July 7, 2024<br>Trial Date: Not Set |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff, CRISTIAN RODRIGUEZ; and Defendants COUNTY OF SACRAMENTO, DEPUTY HOPECK, DEPUTY SALTO, DEPUTY DE LA ROSA (sued as PETERSON), DEPUTY SANCHEZ, DEPUTY RIVERA, SERGEANT MACIEL, and SERGEANT CARAMELLO (collectively "Defendants"), through the parties' undersigned counsel of record, subject to the approval of the Court, a modification of the expert witness discovery schedule as follows:

    A.    On November 14, 2024, the Court entered a Minute Order setting deadlines, save for the final pretrial conference and trial date (Doc. 15). On February 7, 2026, the

- 1 -

parties informally agreed to an extension of expert discovery. The current deadlines for this matter are as follows:

| EVENT | CURRENT DATE |
|---|---|
| Fact Discovery | 11/14/2025 |
| Disclosure of Expert Witnesses | 01/13/2026 |
| Rebuttal Expert Witness Disclosures | 02/12/26<br><br>Extended two weeks by agreement to 2/26/26. |
| All Expert Discovery Shall be Completed by: | 03/13/2026<br><br>Extended two weeks by agreement to 3/27/2026. |
| Dispositive Motions Shall be Heard by: | 05/12/2026 |

During the course of expert discovery, Plaintiff's non-retained mental health treaters with Community Bridges in Arizona have been unavailable to provide deposition testimony. Additionally, Defendants' rebuttal mental health expert requires additional time to conduct an examination of Plaintiff and prepare a report. The examination is currently set for March 2, 2026. In order to accomplish the aforementioned discovery, the parties have agreed to further extend the expert witness discovery deadlines by one month.

B.    In addition to and in exchange for the aforementioned expert discovery deadlines and extensions, the parties agree that Defendant COUNTY OF SACRAMENTO shall provide amended responses to Plaintiff's Requests for Admissions, Set One.[1]

STIPULATION

The Parties respectfully request that the Court approve the Parties' stipulation that the case deadlines and dates be extended by as follows:

///

///

_____

[1] Amended Responses were completed and served as of February 27, 2026.

Stipulation to Modify the Scheduling Order & Order

| Event | Current Date | New Date |
|-------|--------------|----------|
| Rebuttal Expert Witness Disclosures | 2/26/26 | 3/26/26 |
| All Expert Discovery Shall be Completed by: | 03/27/2026 | 04/27/2026 |

The parties further agree that Defendant COUNTY OF SACRAMENTO shall provide amended responses to Plaintiff's Requests for Admissions, Set One.

DATED: February 27, 2026                    **RIVERA HEWITT PAUL LLP**


                                             _/s/ Jill B. Nathan_____
                                            SHANAN L. HEWITT
                                            JILL B. NATHAN
                                            Attorneys for Defendants


DATED: February 27, 2026                    **LAW OFFICE OF JOSEPH MANUEL**


                                             _/s/ Joseph Manuel_____
                                            Joseph Manuel
                                            Attorney for Plaintiff

- 3 -

Stipulation to Modify the Scheduling Order & Order

**ORDER**

Having considered the parties' stipulation and good cause appearing, the court hereby modifies the scheduling order as follows:

| Event | Current Date | New Date |
|---|---|---|
| Rebuttal Expert Witness Disclosures | 2/26/26 | 3/26/26 |
| All Expert Discovery Shall be Completed[2] by: | 03/27/2026 | 04/27/2026 |
| All dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed by: | | 07/06/2026 |
| All dispositive motions shall be noticed for hearing no later than: | 05/12/2026 | 08/27/2026 at 1:30 PM |
| Final Pretrial Conference: | N/A | 12/10/2026 at 1:30 PM |
| Jury Trial: | N/A | 2/8/2027 at 8:30 AM |

Dated: March 2, 2026              /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

---

[2] As used herein, the word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. The parties are advised that motions to compel must be filed in advance of the discovery completion deadlines so that the Court may grant effective relief within the allotted discovery time. A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely.

Stipulation to Modify the Scheduling Order & Order